848 F.2d 185
 Patel (Hiren), by Patel (Hansa D.)
v.
Dyar (Steve), Holcombe (Earl), County of Oconee, McIntyre
(Denver D.) Estate of McIntyre (James J.), McIntyre (Charles
R.), Estate of McIntyre (Nellie Lou), South Carolina Dept.
of Highways and Public Transportation, S.C. Highway Patrol,
Cobb (Paul), Ragin (Walker P.)
 NO. 87-1707
 United States Court of Appeals,
Fourth Circuit.
 MAY 18, 1988
 Appeal From: D.S.C., 667 F.Supp. 1131
 
 1
 AFFIRMED.